JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  SACV 12-783-JST (MLGx)                                              Date:  July 30, 2012
Title:  Karen Stevens Gailey v. American Home Mortgage Acceptance, Inc., et al.

Present: **Honorable JOSEPHINE STATON TUCKER, UNITED STATES DISTRICT JUDGE**

| Ellen Matheson | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

Not Present                                                              Not Present

**PROCEEDINGS:  (IN CHAMBERS)  ORDER DISMISSING CASE FOR LACK OF SUBJECT MATTER JURISDICTION**

On July 11, 2012, the Court ordered Plaintiff to show cause why this case should not be dismissed for lack of subject matter jurisdiction.  (Doc. 18.)  The Court noted that it had previously concluded that Wells Fargo entities, including Defendant Wells Fargo Bank, N.A., are citizens of California, and therefore, the requirement of complete diversity is not met.  (*See id.*)  Plaintiff filed a response on July 26, 2012, in which she acknowledges this Court's analysis and conclusion in *Tran v. Wells Fargo Bank NA, et al.*, No. 5:12-cv-0016-JST (OPx) (C.D. Cal. Jul. 6, 2012), Doc. 15.  (Resp. to Order to Show Cause, Doc. 19.)  However, Plaintiff also incorrectly asserts that the only Wells Fargo entity with its principal place of business in California is an entity other than Defendant Wells Fargo, N.A.  (*Id.*)  This Court concluded in *Tran* that for diversity jurisdiction purposes, Wells Fargo Bank, N.A. is a citizen of California, because it has its principal place of business in California, in addition to South Dakota, where it maintains its main office.

Plaintiff also asserts that dismissing this case would require her to sue the incorrect Wells Fargo entity.  However, it is not a matter of suing a different entity, but of bringing suit in a court with subject matter jurisdiction over this case, i.e., an appropriate California state court. Accordingly, the Court concludes that it lacks subject matter jurisdiction, and DISMISSES this case without prejudice to re-filing in the proper court.

Initials of Preparer:  enm